Bretton C. Gerard (Texas Bar No. 07813050)
Admitted Pro Hac Vice
111 W. Spring Valley Rd., Suite 250
Richardson, Texas 75081
Telephone: (214) 373-7788
bret@brettongerardlaw.com

Counsel for Defendant Ernest Ray Parker

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | No.: 5:13-cr-00636-LHK-2 |
| § | | |
| § | | MOTION/ORDER TO WITHDRAW |
| v. § | | AS COUNSEL FOR ERNEST RAY |
| § | | PARKER a/k/a RAY PARKER |
| ERNEST RAY PARKER a/k/a § | | GAYLORD a/k/a RAY GAYLORD |
| RAY PARKER GAYLORD a/k/a § | | |
| RAY GAYLORD § | | |
| § | | HON. LUCY H. KOH |
| Defendant. § | | |

Bretton C. Gerard, attorney (*Pro Hac Vice*) for Ernest Ray Parker d/b/a Ray Parker Gaylord a/k/a Ray Gaylord, requests permission to withdraw from representing his client. This motion is based on good cause in that the client's conduct renders it unreasonably difficult for the attorney to carry out the employment effectively. The withdrawal is not sought for delay alone.

A copy of this Motion to Withdraw as Counsel has been delivered to Ernest Ray Parker d/b/a Ray Parker Gaylord a/k/a Ray Gaylord. A copy has also been e-mailed to him at rayparkergaylord@hotmail.com.

There is a Case Management Conference set for May 21, 2014, during which it is the undersigned's intention to present this Motion to Withdraw to the Court. Counsel requests permission to appear for this hearing by telephone.

.**WHEREFORE**, Bretton C. Gerard respectfully requests that this Court make an order permitting him to withdraw from this cause.

**Dated**: May 5, 2014     By: _/s/ Bretton C. Gerard_____
                                  Bretton C. Gerard
                                  Attorney for Ernest Ray Parker

## ORDER

**GOOD CAUSE APPEARING**, **IT IS HEREBY ORDERED** that Bretton C. Gerard, attorney (pro hac vice) for Ernest Ray Parker a/k/a Ray Parker Gaylord a/k/a Ray Gaylord is granted permission to withdraw as counsel of record for Ernest Ray Parker a/k/a Ray Parker Gaylord a/k/a Ray Gaylord.

**IT IS SO ORDERED**

Dated: May 21, 2014     _____
                                  HONORABLE LUCY H. KOH
                                  UNITED STATES DISTRICT JUDGE