| | |
|---|---|
| BRIAN J. STRETCH (CABN 163973)<br>United States Attorney<br><br>BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division<br><br>TIMOTHY J. LUCEY (CABN 172332)<br>Assistant United States Attorney<br><br>150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5061<br>FAX: (408) 535-5066<br>timothy.lucey@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br><br>NOV 17 2016<br><br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERNEST RAY PARKER,<br>　a/k/a RAY PARKER GAYLORD<br>　a/k/a RAY GAYLORD<br><br>　　　　Defendant. | NO. CR 13 – 0636 LHK<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Defendant Ernest Ray Parker a/k/a Ray Parker Gaylord a/k/a Ray Gaylord from the Indictment without prejudice and further requests that the Court exonerate and return any bond submitted for Ernest Ray Parker a/k/a Ray Parker Gaylord a/k/a

//
//
//
//

NOTICE OF DISMISSAL (CR 13 – 636 LHK)　　1

1  Ray Gaylord in connection with the Indictment in this case and remove Ernest Ray Parker a/k/a Ray
2  Parker Gaylord a/k/a Ray Gaylord from the Court's calendar.

4  DATED: November 16, 2016                    Respectfully submitted,

5                                              BRIAN J. STRETCH
                                               United States Attorney
6

7                                              /s/ Jeffrey D. Nedrow
                                               JEFFREY D. NEDROW
8                                              Chief, San Jose Division

10     Leave is granted to the government to dismiss Defendant Ernest Ray Parker a/k/a Ray Parker
11  Gaylord a/k/a Ray Gaylord from the Indictment. It is further ordered that the bond be exonerated and
12  returned to the Defendant Ernest Ray Parker a/k/a Ray Parker Gaylord a/k/a Ray Gaylord and that the
13  matter related to Ernest Ray Parker a/k/a Ray Parker Gaylord a/k/a Ray Gaylord be removed from the
14  Court's calendar.

16  Date: 11/17/2016                            /s/ Lucy H. Koh
                                                HONORABLE LUCY H. KOH
17                                              United States District Court

NOTICE OF DISMISSAL (CR 13 – 636 LHK)    2